UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cv-21575-GAYLES/WHITE

**KASULA MABANZA RACHIDI,**
        Petitioner,

    v.

**JEFF SESSIONS,** *Attorney General of the United States*, **et al.,**
        Respondents.
                                       /

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Magistrate Judge Patrick A. White's Report Recommending Transfer of Venue [ECF No. 5], entered on March 21, 2017. Petitioner Kasula Mabanza Rachidi, who appears in this action *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §§ 2241 on April 27, 2017, challenging his continued detention by the U.S. Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") [ECF No. 1]. The matter was referred to Judge White, pursuant to Administrative Order 2003-19 of this Court, for a ruling on all pretrial, nondispositive matters, and for a Report and Recommendation on any dispositive matters. [ECF No. 3].

Judge White's Report recommends that the Court transfer this action to the United States District Court for the Southern District of Georgia, the federal district in which the petitioner is currently confined in ICE custody, for all further proceedings, including addressing the issue of the filing fee. To date, no objections have been filed.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that

the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). If no objections are filed, the district court need only review the report and recommendation for "clear error." *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam); *see also* Fed. R. Civ. P. 72 advisory committee's note. The Court has undertaken this review and has found no clear error in the analysis and recommendations stated in the Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report Recommending Transfer of Venue [ECF No. 5] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference. This action is **TRANSFERRED** in its entirety to the United States District Court for the Southern District of Georgia.

This action is **CLOSED** in this District.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of May, 2017.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE